AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**LIRIE MONTGOMERY**

Case No.   **1:11CR10020-01**

USM No.   10626-010

_____
Alex Wynn
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    Conditions listed below    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard Condition #7 – Use of Controlled Substance | 12/17/2018 |
| Two | Standard Condition #1 – Leaving District without USPO Permission | 10/03/2019 |
| Three | Standard Condition #3 – Fail to Answer USPO Truthfully | 10/29/2019 |
| Four | Standard Condition #5 – Fail to Maintain Employment | 08/14/2019 |
| Five | Standard Condition#6 – Fail to notify USPO of change in employment | 08/14/2019 |
| Six | Standard Condition #9 – Association with Felon | 10/02/2019 |
| Seven | Standard Condition #10 – Fail to Permit USPO to Visit Residence | 10/02/2019 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8766

Defendant's Year of Birth:    1982

City and State of Defendant's Residence:
El Dorado, Arkansas

November 4, 2020
Date of Imposition of Judgment

_____
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

November 4, 2020
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:        **LIRIE MONTGOMERY**
CASE NUMBER:      **1:11CR10020-01**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Eight | Standard Condition #11 – Fail to Notify USPO of Contact with Law Enforcement | 10/03/2019 |
| Nine | Mandatory Condition – New Crime | 10/10/2019 |
| Ten | Standard Condition #11 – Fail to Notify USPO of Contact with Law Enforcement | 11/15/2019 |
| Eleven | Standard Condition#6 – Fail to Notify USPO of Change in Residence | 12/18/2019 |
| Twelve | Special Condition #2 – Fail to Comply with SATP | 11/26/2019 |
| Thirteen | Standard Condition #3 – Fail to Answer USPO Truthfully | 01/23/2020 |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:        **LIRIE MONTGOMERY**
CASE NUMBER:      **1:11CR10020-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Time served in federal custody, no term of supervised release to follow imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL